# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KURTIS JEWELL<br><br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>AARON'S, INC.,<br><br>    Defendant. | Civil Action No.: 1:12-cv-00563-AT |

## JOINT NOTICE OF COMPLIANCE WITH COURT ORDER REQUIRING PARTIES TO SUBMIT PROPOSED NOTICE FOR DISTRIBUTION TO POTENTIAL CLASS MEMBERS

Pursuant to the Court's direction, the parties negotiated and reached an agreement on a proposed notice for distribution to potential class members, if the Court authorizes such notice to be distributed.

Jointly and respectfully submitted this 5th day of April 2012,

| PLAINTIFF | DEFENDANT |
|---|---|
| By: <u>s/ Jason R. Bristol</u><br>Jason R. Bristol (0072989)<br>jbristol@crklaw.com<br>Thomas A. Downie (0033119)<br>tdownie@crklaw.com<br>COHEN ROSENTHAL & KRAMER LLP<br>The Hoyt Block Building - Suite 400<br>700 West St. Clair Avenue<br>Cleveland, Ohio 44113<br>Telephone: (216) 781-7956<br>Facsimile: (216) 781-8061 | By: <u>s/ Brett C. Bartlett</u><br>Brett C. Bartlett<br>Georgia Bar No. 041510<br>bbartlett@seyfarth.com<br>Louisa J. Johnson<br>Georgia Bar No. 391805<br>lojohnson@seyfarth.com<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street NE, Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056 |
| Anthony J. Lazzaro (0077962)<br>anthony@lazzarolawfirm.com<br>THE LAZZARO LAW FIRM, LLC<br>920 Rockefeller Building<br>614 W. Superior Avenue<br>Cleveland, Ohio 44113<br>Telephone: (216) 696-5000<br>Facsimile: (216) 696-7005 | Counsel for Defendant |
| G. Blake Andrews<br>Ga. Bar No. 019375<br>Blake Andrews Law Firm, LLC<br>2221 Peachtree Road NE, Suite X5<br>Atlanta, Georgia 30309<br>Telephone: (770) 828-6225<br>Facsimile: (866) 828-6882<br>blake@blakeandrewslaw.com | |
| Counsel for Plaintiffs | |