UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KURTIS JEWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AARON'S, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:12-CV-0563-AT |

**JOINT NOTICE OF COMPLIANCE WITH COURT
DIRECTION TO DISCUSS THIRD PARTY ADMINISTRATOR**

The parties have conferred and have agreed to use Kurtzman Carson Consultants as the Notice Administrator in this matter, in the event this Court grants Plaintiff's Motion for Conditional Certification. The parties are still discussing the exact scope and details of the Administrator's consultant services.

Respectfully submitted this 14th day of May 2012.

| KURTIS JEWELL | AARON'S, INC., |
|---|---|
| s/ Jason R. Bristol | s/ Louisa J. Johnson |
| Jason R. Bristol (0072989) | Brett C. Bartlett (Bar No. 041510) |
| jbristol@crklaw.com | bbartlett@seyfarth.com |
| Thomas A. Downie (0033119) | Louisa J. Johnson (Bar No. 391805) |
| tdownie@crklaw.com | lojohnson@seyfarth.com |
| COHEN ROSENTHAL & KRAMER LLP | SEYFARTH SHAW LLP |
| The Hoyt Block Building - Suite 400 | 1075 Peachtree Street NE, Suite 2500 |
| 700 West St. Clair Avenue | Atlanta, Georgia 30309 |
| | Telephone: (404) 885-1500 |

Cleveland, Ohio 44113
Telephone:  (216) 781-7956
Facsimile:  (216) 781-8061

Facsimile:  (404) 892-7056

Counsel for Defendant

Anthony J. Lazzaro (0077962)
anthony@lazzarolawfirm.com
THE LAZZARO LAW FIRM, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Telephone:  (216) 696-5000
Facsimile:  (216) 696-7005

Gary Blaylock "Blake" Andrews, Jr. (Bar No. 019375)
blake@blakeandrewslaw.com
BLAKE ANDREWS LAW FIRM, LLC
2221 Peachtree Road NE, Suite X5
Atlanta, GA 30309
Telephone:  (770) 828-6225
Facsimile:  (866) 828-6882

Counsel for Plaintiff