IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KURTIS JEWELL, on behalf of himself and all others similarly situated, | : :  : |
| Plaintiff, | : : CIVIL ACTION NO. |
| v. | : 1:12-CV-0563-AT : : |
| AARON'S, INC. | : : |
| Defendant. | : : |

## **ORDER**

This matter is before the Court on Defendant's Emergency Motion for Expedited Briefing Schedule on Motion for Certification of Issue for Interlocutory Appeal, Tolling of Statute of Limitations, and Stay of Proceedings Pending Resolution of Appeal [Doc. 83]. Defendant filed its Motion for Certification of Issue for Interlocutory Appeal regarding the Court's June 28, 2012, Order granting conditional certification of a collective action on July 12, 2012. Defendant waited until July 17, 2012, to request an expedited briefing schedule requiring Plaintiffs to respond to its motion for interlocutory appeal by July 20, 2012. Defendant's request that Plaintiffs be given only 3 days to file their response brief is unreasonable and unwarranted under the circumstances.[1]

---

[1] Upon initial review of Defendant's Motion for Certification of Issue for Interlocutory Appeal, the Court is skeptical of the merits of Defendant's arguments.

Accordingly, Defendant's Emergency Motion for Expedited Briefing Schedule [Doc. 83] is **DENIED**. Plaintiffs shall have the full response provided under the local rules.

**IT IS SO ORDERED** this 19th day of July, 2012.

*[signature]*
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**