# EXHIBIT 1

## Hours and Costs

### COHEN ROSENTHAL & KRAMER LLP

#### Fees

| Name | Hours | Rate | Total |
|---|---|---|---|
| Jason R. Bristol | 2,140.2 | $400.00 | $856,080.00 |
| Joshua R. Cohen | 52.9 | $450.00 | $23,805.00 |
| James B. Rosenthal | 208.5 | $400.00 | $83,400.00 |
| Ellen M. Kramer | 39.2 | $375.00 | $14,700.00 |
| Joshua B. Fuchs | 715.9 | $275.00 | $196,872.50 |
| Heather L. Forinash | 471.4 | $115.00 | $54,211.00 |

#### Costs

| | | | |
|---|---|---|---|
| Expenses | | | $40,851.41 |
| Total | | | $1,284,439.91 |

### THE LAZZARO LAW FIRM

#### Fees

| Name | Hours | Rate | Total |
|---|---|---|---|
| Anthony J. Lazzaro | 1,067.4 | $315.00 | $336,231.00 |
| Sonia M. Gassan | 168.3 | $215.00 | $36,184.50 |
| Danielle Cooper | 91.6 | $115.00 | $10,534.00 |

#### Costs

| | | | |
|---|---|---|---|
| Expenses | | | $4,133.19 |
| Total | | | $387,082.69 |

**Exhibit 5**

## THOMAS A. DOWNIE

### Fees

| Name | Hours | Rate | Total |
|---|---|---|---|
| Thomas A. Downie | 770 | $350.00 | $269,500.00 |

### Costs

| | | | |
|---|---|---|---|
| Expenses | | | $331.00 |
| Total | | | $269,831.00 |

## ANDREWS STEMBRIDGE LLC

### Fees

| Name | Hours | Rate | Total |
|---|---|---|---|
| Gary B. Andrews | 48.4 | $300.00 | $14,520.00 |

### Costs

| | | | |
|---|---|---|---|
| Expenses | | | $4,164.40 |
| Total | | | $18,684.40 |