# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KURTIS JEWELL<br><br>on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>AARON'S, INC.,<br><br>      Defendant. | Civil Action No.: 1:12-cv-00563-AT<br><br>**JOINT NOTICE OF FILING REVISED [PROPOSED] FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT, PARTIALLY DECERTIFYING THE CLASS, AND DISMISSING THE LAWSUIT WITH PREJUDICE AND EXHIBITS** |

The parties, Aaron's Inc. ("Aaron's" or "Defendant") and Kurtis Jewell ("Jewell" or "Plaintiff") (collectively "Parties"), through their counsel, respectfully submit the revised Proposed Final Order and Judgment Approving Settlement, Partially Decertifying the Class, and Dismissing the Lawsuit With Prejudice, pursuant to the Court's email on December 11, 2014, and all of its exhibits listed below. The exhibits include revised versions of the Release and Covenant Not to Sue and Notice of Partial Decertification of Lawsuit.

  Exhibit 1:  Opt-Ins Subject to Partial Decertification Motion [Unchanged From Previous Submission]

  Exhibit 2:  Release and Covenant Not to Sue [Revised Version]

| | |
|---|---|
| Exhibit 3: | Cover letter to Opt-Ins eligible to receive compensation for meal periods; Cover letter to Opt-Ins eligible to receive compensation for participating in discovery; and Cover letter to Opt-Ins eligible to receive compensation for meal periods and discovery [Unchanged From Previous Submission] |
| Exhibit 4: | Notice of Partial Decertification of Lawsuit [Revised Version] |

## CERTIFICATE OF FONT SIZE

Pursuant to Local Rule 7.1(D), counsel for the Parties certify that this supplement has been prepared in Times New Roman 14 point—one of the fonts approved in Local Rule 5.1(B).

Jointly and respectfully submitted this 12th day of December, 2014

| PLAINTIFF KURTIS JEWELL | DEFENDANT AARON'S INC. |
|---|---|
| s/ Jason R. Bristol | s/ Jeffrey L. Glaser |
| Jason R. Bristol (0072989) | Brett C. Bartlett |
| jbristol@crklaw.com | Georgia Bar No. 040510 |
| COHEN ROSENTHAL & KRAMER LLP | bbartlett@seyfarth.com |
| The Hoyt Block Building - Suite 400 | Louisa J. Johnson |
| 700 West St. Clair Avenue | Georgia Bar No. 391805 |
| Cleveland, Ohio 44113 | lojohnson@seyfarth.com |
| Telephone: (216) 781-7956 | Jeffrey L. Glaser |
| Facsimile: (216) 781-8061 | Georgia Bar No. 296454 |
|  | jglaser@seyfarth.com |
| Anthony J. Lazzaro (0077962) | SEYFARTH SHAW LLP |
| anthony@lazzarolawfirm.com | 1075 Peachtree Street, NE, Suite 2500 |
| THE LAZZARO LAW FIRM, LLC | Atlanta, GA 30309-3962 |
| 920 Rockefeller Building | Telephone: (404) 885-1500 |
| 614 W. Superior Avenue | Facsimile: (404) 892-7056 |
| Cleveland, Ohio 44113 |  |
| Telephone: (216) 696-5000 | *Counsel for Defendant* |
| Facsimile: (216) 696-7005 |  |

Thomas A. Downie (0033119)
tom@chagrinlaw.com
*Attorney at Law*
46 Chagrin Falls Plaza #104
Chagrin Falls, Ohio 44022
Telephone: (440) 973-9000

Blake Andrews
Ga. Bar No. 019375
Andrews & Stembridge, LLC
1904 Monroe Drive NE, Suite 130
Atlanta, GA 30324
Telephone: (770) 828-6225
Facsimile: (866) 828-6882
blake@andrewsstembridge.com

*Counsel for Plaintiff*