# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KURTIS JEWELL

on behalf of himself and all others
similarly situated,

    Plaintiff,

  vs.

AARON'S, INC.,

    Defendant.

Civil Action No.:  1:12-cv-00563-AT

**FINAL ORDER AND
JUDGMENT APPROVING
SETTLEMENT, PARTIALLY
DECERTIFYING THE CLASS,
AND DISMISSING THE
LAWSUIT WITH PREJUDICE**

  This matter is before this Court on the parties' Joint Motion for Approval of Settlement and Partial Decertification of Conditionally Certified Class ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks this Court to (1) approve, as fair and reasonable, the proposed settlement reached by the parties and memorialized in the revised Master Settlement and Complete Waiver/Release Agreement ("Settlement Agreement") attached to the Supplement to Joint Motion filed on October 6, 2014 as Exhibit 4; (2) partially decertify the currently certified class; and (3) dismiss this lawsuit with prejudice.

  Having reviewed the Settlement Agreement and its Exhibits, including the Declarations of Plaintiff's Lead Counsel Jason R. Bristol and co-counsel Anthony

J. Lazzaro and Thomas A. Downie, and the pleadings and papers on file in this Action, and for good cause established therein, this Court enters this Final Order and Judgment approving the Settlement, as follows:

1.      On October 27, 2011, Plaintiff filed this lawsuit asserting wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of former and current hourly employees who worked in Aaron's Inc.'s retail stores since October 27, 2008.  Specifically, Plaintiff alleged that as a result of an automatic meal deduction, which Aaron's ceased in February 2013, and other practices, Aaron's did not properly compensate hourly store employees for time that they spent working during their meal breaks.

2.      This Court granted conditional certification on June 28, 2012, holding that Plaintiff "satisfied his burden of making a modest factual showing" to support conditional certification, but cautioning that "Plaintiff and the putative class members will be held to a more stringent standard during this second stage and will be required to concretely demonstrate the existence of a pervasive company-wide pattern or scheme rather than incidental individualized and independent decisions of certain store managers to justify final class certification under Section 216(b)."

2

3.    On August 27, 2012, notice was sent to approximately 25,000 former and current hourly employees.  Approximately 1,800 filed consent forms opting into this collective action.

4.    Following the conclusion of the opt-in period, Defendant moved to amend its answer to assert a defense based on the Motor Carrier Act ("MCA") exemption, 49 U.S.C. §§ 31501-31504; 29 U.S.C. 213(b)(1).  Pursuant to this exemption, employees who are employed by a "motor carrier" as defined by the MCA and whose activities affect the safety of operations of certain motor vehicles engaged in interstate commerce are exempt from the requirements of the FLSA. This Court granted Defendant's motion to amend on May 22, 2013.

5.    Discovery began in April 2013.  Since then, the parties engaged in substantial discovery, including voluminous written discovery and dozens of opt-in depositions, representing opt-ins who worked in 14 different states and the District of Columbia and 10 of Aaron's then 11 Divisions.

6.    According to the parties, this substantial discovery indicated that the MCA exemption defense likely[1] applied to many of the opt-ins designated for discovery by the parties at this Court's direction.

---

1 The parties agreed that the evidence deduced strongly supported the application of the Motor Carrier Act exemption as to some deponents, but was not as strong as to other deponents.

7.     In addition, individual inquiries presented difficult obstacles to the classwide litigation of the MCA exemption defense.  The persons who opted into this action include individuals who worked for Aaron's in five hourly store-level positions.  Defendant's arguments for applicability of the MCA defense applied differently to the five positions, and within each position, and the parties were unable to determine a method for identifying the opt-ins to whom the defense applied.

8.     Discussions of possible settlement, which had occurred intermittently throughout the litigation, intensified in June 2014, and on August 26, 2014 the parties attended a mediation in Atlanta.  With the assistance of mediator A. Lee Parks, Jr., the parties agreed to a resolution of the case subject to this Court's approval pursuant to § 216(b).

9.     The proposed settlement provides settlement payments to Opt-Ins who worked only as customer service representatives and to Opt-Ins whom the MCA is least likely to apply.  Those payments compensate them for approximately 2.5 meal periods per week for the time they worked during the statutory period.  Settlement payments are also provided to Plaintiff Jewell and the Opt-In Plaintiffs who participated in representative discovery.  The payments to those individuals are provided without regard to whether the MCA defense is applicable to their

4

claims.  The proposed individual payments to Plaintiff and the designated Opt-Ins, calculated by Plaintiff's and Defendant's Counsel, are listed in Exhibit B to the Settlement Agreement.

10.     As to the remaining opt-ins, as identified in the attached Exhibit 1, the proposed settlement provides no settlement payments, but leaves them free to pursue their claims on an individual basis once this lawsuit is partially decertified.

11.     This Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

12.     This Court approves the Settlement Agreement and its Exhibits, and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein.

13.     This Court finds that the proposed settlement payments to Plaintiff and the Opt-Ins listed in Exhibit B to the Settlement Agreement are fair and reasonable.  This Court approves the individual payments listed in Exhibit B and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.  The parties have filed with the Court a revised proposed Release and Covenant Not to Sue (Exhibit 2) as well as proposed cover letters to Opt-Ins eligible for settlement payments (Exhibit 3).

The Court approves the revised proposed Release and Covenant Not to Sue and cover letters, and directs that the settlement administrator mail them to each Opt-In listed in Exhibit B to the Settlement Agreement.

14.    This Court approves the proposed Service Award to Plaintiff in recognition of his service in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

15.    This Court approves the proposed payment of attorneys' fees and expense reimbursements to Plaintiff's Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

16.    As to Opt-Ins not designated for settlement payments, as identified in the attached Exhibit 1, this Court decertifies this collective action and dismisses the claims of those Opt-Ins without prejudice.[2]  The parties have filed with the Court a revised proposed Notice of Partial Decertification of Lawsuit (Exhibit 4).   The Court approves that Notice and directs that the settlement administrator mail it to the Opt-Ins identified in Exhibit 1.  If any decertified Opt-In files an individual

---

2 There are a total of 1288 opt-ins to be dismissed without prejudice.  This figure, including the 493 Opt-In Claimants, equals a total conditionally certified class of 1781.  This figure varies by one individual from the information contained in the declaration of Jason R. Bristol.  This discrepancy is caused an employee (Michael Moore) being erroneously included in the data produced by Defendant and relied upon by the Parties.  This individual did not file a consent to join the suit.  As a result, the correct number of opt ins equals 1781, not 1782.

action as allowed by paragraph 10 above within 75 days of the date on which the Notice of Partial Decertification of Lawsuit is mailed, the statute of limitations applicable to that decertified Opt-In's FLSA claim shall be tolled for the time between the filing of his or her consent form with this Court and the date on which he or she files such individual FLSA action.

17.     As to Plaintiff and the Opt-Ins designated for settlement payments in Exhibit B to the Settlement Agreement, this Court dismisses their claims with prejudice and enters final judgment dismissing this Action, with all rights of appeal waived, and with each Party to bear its own fees and costs except as otherwise provided in the parties' Settlement Agreement.

18.     This Court finds there is no just reason for delay and directs the Clerk of this Court to enter this Stipulated Order and Final Judgment immediately.

19.     This Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT IS SO ORDERED** this 12th day of December, 2014.

Amy Totenberg
**United States District Judge**

**SO STIPULATED:**

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |

s/ Jason R Bristol                            s/ Jeffrey L. Glaser
Jason R. Bristol                                  Brett C. Bartlett
Cohen Rosenthal & Kramer LLP        Georgia Bar No. 041510
The Hoyt Block Building - Suite 400     bbartlett@seyfarth.com
700 West St. Clair Avenue                   Louisa J. Johnson
Cleveland, Ohio 44113                      Georgia Bar No. 391805
jbristol@crklaw.com                         lojohnson@seyfarth.com
Telephone: (216) 781-7956               Jeffrey L. Glaser
Facsimile: (216) 781-8061                Georgia Bar No. 296454
                                           jglaser@seyfarth.com
Anthony J. Lazzaro                      SEYFARTH SHAW LLP
The Lazzaro Law Firm, LLC           1075 Peachtree Street, NE, Suite 2500
920 Rockefeller Building              Atlanta, GA 30309-3962
614 W. Superior Avenue               Telephone: (404) 885-1500
Cleveland, Ohio 44113                    Facsimile: (404) 892-7056
anthony@lazzarolawfirm.com
Telephone: (216) 696-5000
Facsimile: (216) 696-7005               *Counsel for Defendant*

Thomas A. Downie
46 Chagrin Falls Plaza #104
Chagrin Falls, Ohio 44022
tom@chagrinlaw.com
Telephone: (440) 973-9000
Facsimile: (440) 210-4610

Blake Andrews
Andrews & Stembridge
1904 Monroe Drive NE, Suite 130
Atlanta, Georgia 30324
blake@andrewsstembridge.com
Telephone: (770) 828-6225
Facsimile: (866) 828-6882

*Counsel for Plaintiff*

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Abdullah | Ibn |
| Abiola | Oluwaseun |
| Abril | Aldo |
| Acker | Crestin |
| Adams | David |
| Adams | Gavin |
| Adams | John |
| Addington | Brandon |
| Adkins | Veronica |
| Agostino | Christopher |
| Aguilar | Garrett |
| Aguirre | Darwin |
| Ahern | Jason |
| Aiken | Carl |
| Akar | Fadi |
| Alarcon | Pedro |
| Alexander | Terrance |
| Alexander | Whitney |
| Alford | Keneten |
| Algood | Paul |
| Ali | Zaid |
| Alireza | Adrian |
| Allbritton | Andrea |
| Allgood | David |
| Almon | Clint |
| Alvarado | Delila |
| Amaya | Sarah |
| Anchante | Jose |
| Anderson | Terance |
| Anderson | Khani |
| Anderson | Renee |
| Anderson | Kimberly |
| Anderson | Derrick |
| Anderson | Robert |
| Anderson | Della |
| Andrews | John |
| Angeles | Miguel |
| Anglin | Jimmy |
| Archie | Frankie |
| Archuleta | Tina |
| Arias | Ibrahin |
| Arocho | Mara |
| Aten | Jayson |
| Atwell | Lorenzo |
| Augustus | Errol |
| Avelar | Hector |

**Exhibit 1**

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Avila | Pedro |
| Avilez | Patricia |
| Ayala | Michael |
| Ayers | Bryan |
| Backstrom | Christopher |
| Badarack | Cory |
| Badger | Matthew |
| Bailey | Andrea |
| Baird | David |
| Baker | Benjamin |
| Baker | Chad |
| Balderamos | Derrick |
| Balvaneda | Antonio |
| Bandy | Brent |
| Banguel | Daniel |
| Banks | Randal |
| Banks | Jerome |
| Barbe | Charles |
| Barber | Sheri |
| Barger | Celena |
| Barner | Elisha |
| Barnes | Robert |
| Barnes | Jamarcis |
| Barnette | Timothy |
| Barney | Suezett |
| Barreda | Carlos |
| Barron | Bradley |
| Barton | Douglas |
| Barton | Paul |
| Batista | Alejandro |
| Beaty | Shelton |
| Beaty | Galen |
| Beckert | Maria |
| Belazair | Rodney |
| Belcher | Jimmie |
| Bell | Kenneth |
| Bellamy | Tavis |
| Benitez | Kennia |
| Benoit | Travis |
| Bentley | Keith |
| Bentley | Blake |
| Berard | Shedrick |
| Bereal | Lonnell |
| Bergstrum | Buffy |
| Bernardino | Oscar |
| Bernardo | Edwards |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Berry | Brian |
| Billingsley | James |
| Bilyeu | Shaun |
| Binion | Edward |
| Binion | Robert |
| Birindelli | Joseph |
| Bishko | Michelle |
| Bishop | Jeremy |
| Black | Shamica |
| Blackburn | Barry |
| Blain | Patrick |
| Blanton | David |
| Blaylock | Craig |
| Blenco | Daniel |
| Blevins | Ercel |
| Boddoff | Sheree |
| Bonnette | Andrew |
| Booth | Leonard |
| Borders | Candace |
| Borrego | Victor |
| Bounds | Timothy |
| Bowan | Crystal |
| Bowens | Johnny |
| Bowens | Edward |
| Bowers | Charles |
| Bowie | Kyer |
| Bowman | Crystal |
| Bradley | Charles |
| Bradshaw | David |
| Braggs | Lamondo |
| Brambila | Jesus |
| Branson | Bret |
| Breed | Garry |
| Brenizer | Brandon |
| Brice | Christopher |
| Brisco | Robert |
| Britt | Tyler |
| Broadway | William |
| Brooks | Bruce |
| Brookshire | Brandon |
| Browder | Ken |
| Brower | David |
| Brown | Lesley |
| Brown | Wendel |
| Brown | Earl |
| Brown | Andrew L. |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Brown | Andrew J. |
| Brown | Christopher |
| Brown | Necole |
| Brown | Scott |
| Brown | Tyewan |
| Brown | Pheanis |
| Brown | Anton |
| Brown | Nathaniel |
| Brown | Jordan |
| Brown | Tommy |
| Bryant | Taylor |
| Bryant | Anthony |
| Bryant | Shelby |
| Buckley | Jeramie |
| Buell | David |
| Bunn | Willie |
| Bunn | Brandon |
| Burdeau | Nanette |
| Burnette | Calvin |
| Burress | Hope |
| Burton | Shawn |
| Busby | Donald |
| Busiel | Raymond |
| Butler | Travis |
| Butts | Ivan |
| Byers | James |
| Byno | Chadrick |
| Cabarrus | Andrew |
| Caflisch | Caitlyn |
| Caines | Ian |
| Calimbahin | Charles |
| Callahan | Johnny |
| Calzadilla | Christian |
| Cameron | Jarvis |
| Campbell | Chad |
| Campbell | Jay |
| Campos | Joel |
| Campos | Ricardo |
| Cancer | Shawanda |
| Candlin | Warren |
| Cannon | Donnie |
| Cannon | Todd |
| Carbone | Anthony |
| Carden | Thomas |
| Carlson | James |
| Carrasquillo | Luis |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Carriola | Stephanie |
| Carter | Sonjia |
| Carter | Adam |
| Carter | David |
| Carter | Laban |
| Cash | Michael |
| Castillo | Krystal |
| Castro | Erica |
| Cathey | Willie |
| Cattenhead | James |
| Cerasaro | Christopher |
| Chambers | Justin |
| Chapman | Murphy |
| Chapman | Charles |
| Charite | Sherlot |
| Charity | Kim |
| Chase | Kathleen |
| Chasteen | John |
| Chatman | Tommy |
| Chatman | Jimell |
| Chavez | Jose |
| Chavira | Laura |
| Chronister | Inge |
| Cloud | Sara |
| Clouse | Matthew |
| Coar | Larry |
| Cobb | Latasha |
| Cochran | Russell |
| Colbert | James |
| Cole | Dallas |
| Coleman | Cyrus |
| Coleman | Jalik |
| Coleman | Adrian |
| Coley | Obinno |
| Collins | Montreon |
| Collins | Robert |
| Colon | Erick |
| Concepcion | Noemi |
| Conklin | Harold |
| Conlee | Jessica |
| Conley | Amber |
| Conley | Ryan |
| Conley | Aaron |
| Conner | Rikedra |
| Conrad | Jason |
| Conrad | Treven |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|------------|
| Contero | Elizabeth |
| Cook | John |
| Cook | Adam |
| Cook | Michael |
| Cooper | Brian |
| Cooper | Matthew |
| Cordova | Jaime |
| Coronado | Jeffrey |
| Corpin | Russell |
| Corral | Jason |
| Cortazzo | Chris |
| Cortez | Jonathan |
| Cosgriff | Brandy |
| Costello | Anthony |
| Coudriet | Tabitha |
| Courter | Steven |
| Cox | Timothy |
| Cox | Eduardo |
| Crabtree | Lori |
| Craft | Amber |
| Crandall | Janava |
| Crawford | Nicholas |
| Crawford | David |
| Crawley | Earl |
| Crews | Eugene |
| Crider | Verlon |
| Crisp | Daryl |
| Cross | Steve |
| Crumity | Iris |
| Cruz | Ignacio |
| Cruz | Rafael |
| Cubi | Juan |
| Cudlip | Cody |
| Cuffee | Byron |
| Curry | Gary |
| Curry | Devin |
| Curtis | Lloyd |
| Cushman | Ryan |
| Daigle | Eric |
| Dain | Terrance |
| Daniels | Treivon |
| Daniels | Artis |
| Darr | Michael |
| Daugherty | Michael |
| Davidson | Dennis |
| Davies | Nick |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Davis | Bruce |
| Davis | Christopher |
| Davis | Xavier |
| Davis | Freddy |
| Davis | Maurie |
| Davis | Charles |
| Davis | Richard |
| Davis | Diquasha |
| Davis | Elijah |
| Davis | Matthew |
| Davis | Terry |
| Davis | Anthony |
| Davis | Louis |
| Day | Kimberly |
| Deering | Melvrick |
| Dees | John |
| DeLeon | Reynaldo |
| Demaree | Oren |
| Derham | Donald |
| Dewberry | Jamaal |
| Dewees | Briana |
| Diaz | Ralph |
| Diaz | Tommy |
| Diaz | Aaron |
| Dicken | Benjamin |
| Dickerson | William |
| Dillard | Demetrus |
| Dishmond | Jeremy |
| Ditto | Stephen |
| Dixon | Ron |
| Dixon | Trent |
| Doan | Matthew |
| Dobbin | Jesse |
| Dobson | Tina |
| Dockery | Justin |
| Dogan | James |
| Doherty | Thomas |
| Doherty | Jason |
| Dolson | Richard |
| Domingues | Adolfo |
| Dorak | Patricia |
| Dornon | Dustin |
| Dorsey | Joseph |
| Dotson | Brandon |
| Douglas | Derick |
| Douglas | Joseph |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Douglas | Melissa |
| Dozer | Chris |
| Drawdy | Ronnie |
| Drayton | Ashanti |
| Drew | Rodney |
| Driskell | Ronald |
| Dubois | Raymond |
| Duke | Thomas |
| Duncan | Ryan |
| Dupree | Bobby |
| Duran | Manuel |
| Dwemoh | Ted |
| Dye | Timothy |
| Dyson | Kimberly |
| Eagan | Rodney |
| Eala | Marcus |
| Eashmon | Joy |
| Easter | Paul |
| Eckhardt | Justin |
| Edmond | Tiffany |
| Edmonds | Jake |
| Edward | Derrick |
| Edwards | Larry |
| Edwards | Jimmie |
| Edwards | Vincent |
| Edwards | Tammara |
| Ehrke | Christopher |
| Eisler | Toni |
| Elder | Robert |
| Elliott | Kristin |
| Elmore | Timothy |
| Ely | Jason |
| Encarnacion | Wilfredo |
| English | Garry |
| Ensminger | Curtis |
| Epps | Brian |
| Erazo | Angel |
| Erving | Anthony |
| Esdelle | Bert |
| Espinoza | Miguel |
| Espinoza | Carlos |
| Evans | Adonis |
| Evans | Dante |
| Evans | Gary |
| Evans | Henry |
| Evans | Robert |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Evans | Richard |
| Evans | Jonathan |
| Evans | Michael |
| Faile | Brandon |
| Felczak | Michael |
| Felix | Jose |
| Felt | Courtney |
| Fernandes | Manuel |
| Fidler | James |
| Fisher | James D. |
| Fisher | James (Landon) |
| Fisher | Chiquita |
| Fisher | Roger |
| Fisher | Gerry |
| Fleming | Cory |
| Fletcher | Michael |
| Flores | Christopher |
| Flores | Constantino |
| Flores | Fabiola |
| Floyd | Emmanuel |
| Flynn | Brandon |
| Fobbs | Troy |
| Foley | Jeannine |
| Fomby | Corey |
| Fontaine | Branden |
| Fontenot | Justin |
| Forbes | Trent |
| Foster | Tirone |
| Fout | Shawn |
| Foutz | Troy |
| Fowler | Larry |
| Frank | Charlie |
| Franklin | Lakeba |
| Frazier | Jerrel |
| Freemont | Steve |
| French | Kristal |
| Frey | Louis |
| Fritz | Kimberly |
| Fuchs | Derek |
| Fuentes | Jonathan |
| Fuller | Lily |
| Gachot | Shannon |
| Gadson | Ron |
| Gamble | Anthony |
| Gandara | Jesus |
| Gandy | Kizzy |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Garcia | Marc |
| Garcia | Samuel |
| Garcia | Alexis |
| Gardner | Kenneth |
| Garnica | Carlos |
| Garrett | Paul |
| Garrett | Devona |
| Garrison | Theresa |
| Garvin | Jermel |
| Gaudet | Colette |
| Gauldin | Christian |
| Gerard | Christine |
| German | Leon |
| Getz | Andrew |
| Geurden | Christopher |
| Gholston | John |
| Gibson | Douglas |
| Gil | Danyell |
| Ginyard | Gladys |
| Giron | Cendy |
| Giustina | Andrew |
| Glass | Terrence |
| Glaze | Jason |
| Glenn | Dustin |
| Glover | Andre |
| Glover | Michael |
| Glymph | Steven |
| Goddard | Gregory |
| Godwin | Joseph |
| Goettsch | Steven |
| Gomez | Mario |
| Gomory | Zsolt |
| Gonyier | Paul |
| Gonzales | Ruby |
| Gonzalez | Elias |
| Goodman | Timothy |
| Gorden | Keith |
| Gosa | Melina |
| Goss | Angela |
| Goulding | Antonio |
| Grady | Kimberly |
| Graf | Jeramiah |
| Graff | Ryan |
| Graham | Alexis |
| Graves | William |
| Gray | Nohemi |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|------------|
| Green | Walter |
| Green | Christopher |
| Greer | Matthew |
| Gregory | Arlandus |
| Griffin | Carlos |
| Griffith | Krysti |
| Griggs | Lovie |
| Gross | Travis |
| Grubb | Brian |
| Guardiola | Andy |
| Guest | Jonathan |
| Guilfoyle | Ryan |
| Gulley | John |
| Gunn | Rodney |
| Gutierrez | Christopher |
| Gutierrez | Peter |
| Gutierrez | Nancy |
| Gutierrez | Wilfredo |
| Guzman | Israel |
| Hackett | Kelwin |
| Hader | Randy |
| Halbert | Colin |
| Hall | Dwain |
| Hall | Stevie |
| Hall | Kevin |
| Hallecy | Jeff |
| Halliwell | James |
| Haluska | Nicholas |
| Hamed | Jamal |
| Hamilton | Robert |
| Hammett | Travis |
| Hammond | James |
| Hammons | Millie |
| Hamrick | Bobby |
| Hanks | Shannon |
| Hardimon | Darius |
| Hardman | Richard |
| Hardwick | Shawnique |
| Harkins | Craig |
| Harper | Andrew |
| Harrell | Mario |
| Harris | Brandon |
| Harris | James |
| Hartley | Timothy |
| Hartsfield | Christi |
| Harville | Russell |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Hassan | Jason |
| Hasty | Sam |
| Hatch | Lori |
| Hays | Misty |
| Hays | Gary |
| Heatley | Jonathan |
| Hedrick | Brandon |
| Heil | Dolly |
| Helm | Steven |
| Henderson | Brian |
| Henderson | Joshua |
| Henrikson | Kevin |
| Henry | Patrick |
| Henry | Elizabeth |
| Henry | Damein |
| Herley | Henry |
| Hernandez | Elizabeth |
| Hernandez | Sandra |
| Hernandez | Francisco |
| Hernandez | James |
| Hernandez | Fred |
| Hernandez | Erik |
| Herring | Heather |
| Hewitt | Jeffrey |
| Hicklen | Wyma |
| Hicks | Kris |
| Hill | Brandon |
| Hill | Darryl |
| Hill | Dee |
| Hill | Eddie |
| Hill | William |
| Hines | Christian |
| Hinzman | John |
| Hittle | Michael |
| Hochstetler | Kyle |
| Hollingsworth | David |
| Holloway | Billy |
| Holmes | Jerry |
| Holt | Angela |
| Hoover | Bali |
| Hoover | Adam |
| Hopkins | Darius |
| Horn | Jason |
| Horsman | Leezelle |
| Horton | Sherman |
| Hoschar | Glenn |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|------------|
| Howe | Kyle |
| Howell | Nathaniel |
| Howze | Antonio |
| Hoyle | Daniel |
| Hudson | Melvin |
| Hughes | Joseph |
| Hughes | Shanikka |
| Hulett | Steve |
| Huniak | David |
| Hunter | Dewayne |
| Hunter | Anthony |
| Hunter | Austin |
| Hurst | Fred |
| Hussain | Sayad |
| Hyter | Roderick |
| Iden | Donald |
| Imler | Kevin |
| Ingle | Kemp |
| Iturrino | Magda |
| Izquierdo | Barbara |
| Jackson | Christopher |
| Jackson | Kendrick |
| Jackson | Merienda |
| Jackson | Erin |
| Jackson | David |
| Jackson | Quinn |
| Jackson | Joseph |
| Jackson | Melvin |
| Jackson | Anthony |
| Jackson | Anthony R. |
| James | Darrell |
| Jarvis | Sandra |
| Jelks | Fernardo |
| Jenkins | Bryan |
| Jennings | Mandy |
| Jetton | Steven |
| Jimenez | Gabriel |
| Jimenez | Josette |
| Jipping | Joshua |
| Johns | Kenneth |
| Johnson | Barbara |
| Johnson | Tyrone |
| Johnson | Jasmine |
| Johnson | Timothy |
| Johnson | James |
| Johnson | Richard |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Johnson | Tony |
| Johnson | Sheunta |
| Johnson | Talitha |
| Johnson | Tavius |
| Johnson | Destin |
| Johnson | Joel |
| Johnson | Lee W. |
| Johnson | Lee A. |
| Johnson | Marlon |
| Johnson | Kedrick |
| Johnson | Kristyn |
| Johnson | Stephen |
| Johnson | Mandracos |
| Johnson | Roger |
| Johnson (1) | Michael L. |
| Johnson (2) | Michael |
| Jones | David |
| Jones | Robert |
| Jones | Howard |
| Jones | Mark |
| Jones | Rashad |
| Jones | Gary |
| Jones | Larry |
| Jones | Ronald |
| Jones | Scott |
| Jones | Jacques |
| Jones | Tina |
| Jordan | Heather |
| Joyner | Edward |
| Juarez | Erik |
| Juart | Todd |
| Jubril | Jeffrey |
| Judson | John |
| Jurasin | James |
| Justiniano | Miguel |
| Kalinowski | Ryan |
| Keener | Bryan |
| Kellar | Michael |
| Kelley | Kimberly |
| Kelley | Edwin |
| Kelly | Robert |
| Keyes | William |
| Kines | Daniel |
| King | Antonio |
| Kinsey | Tiffany |
| Kirkland | William |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|-----------|
| Klomp | Justin |
| Knapp | Dustin |
| Koerner | Brad |
| Kolstedt | Lawrence |
| Kong | Lanita |
| Koritsky | Richard |
| Kraft | Matthew |
| Kraft | Amanda |
| Kramer | Nina |
| Krapf | Eric |
| Kruger | Nelson |
| Kunkleman | Ronald |
| Lacy | Khalid |
| Ladd | Michael |
| Lahaie | Joseph |
| Laird | Scott |
| Lampman | Randy |
| Landreneau | David |
| Lane | Deandre |
| Lang | Barbara |
| Lang | Eric |
| Lanius | Louis |
| Lantia | Joseph |
| Lantier | Jimmy |
| Laterrade | Phillip |
| Latta | David |
| Lauritzen | Christopher |
| Lawson | Lonnie |
| Lawson | Lynn |
| Leach | Carlos |
| Leake | Alfreeman |
| Leaks | Harold |
| LeBlanc | Donald |
| Lee | Paul |
| Lee | Bryan |
| Lee | Deshaunna |
| Leesekamp | Matthew |
| Lennon | Thomas |
| Leon | Raymundo |
| Leonard | Phillip |
| Lewis | Brian |
| Lewis | Pamela |
| Lewis | Clarence |
| Lewis | Charles |
| Lewis | Marjeau |
| Lewis | Derren |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Lewis | Alvin |
| Leyba | John |
| Lickver | Jeremy |
| Lindsey | Lisa |
| Lindy | Rudy |
| Litterest | Kurt |
| Little | Jay |
| Lloyd | Brian |
| Loboa | Luis |
| Lockhart | Reginald |
| Logan | Leon |
| Long | Michelle |
| Loper | Lucia |
| Lopez | Jimmy |
| Lopez | Manuel |
| Lopez | Christian |
| Lopez | Rudy |
| Love | Anthony |
| Love | LaVario |
| Love | Ashley |
| Love | Willy |
| Lowery | Jeffrey |
| Lowman | Carlton |
| Lozado | Andrew |
| Lucy | Joseph |
| Ludwig | Mark |
| Lung | Jennifer |
| Lyko | Heather |
| Mabrey | Clifton |
| Mabry | Allison |
| MacDonald | Ashley |
| Machacon | Carla |
| Magro | John |
| Maier | Donald |
| Malave | Alta |
| Maldonado | David |
| Maldonado | Carlos |
| Malicoat | Rueben |
| Malveaux | Kerry |
| Maniak | Megan |
| Manning | Allan |
| Marcone | Michelle |
| Marion | Jamie |
| Marriam | William |
| Marrigold | Chad |
| Marroquin | Gilbert |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Martin | Michael |
| Martin | Tyler |
| Martinez | Daniel |
| Martinez | Roy |
| Martinez | Lonnie |
| Martinez | Mario |
| Martinez | Santos |
| Martinez | Roberto |
| Massey | Ross |
| Matherly | David |
| Mathis | Wendell |
| Mathis | Jeffrey |
| Mathis | Eugene |
| Matthews | Kimberly |
| Matthews | Noah |
| Matzinger | Steven |
| Mazzanti | Raymond |
| McCaa | Shawn |
| McCain | Kelvin |
| McCaleb | Gregory |
| McCartney | Michael |
| McCathern | Christopher |
| McClain | KarDaryl |
| McClary | Kevin |
| McClean | Jeffrey |
| McClelland | Theo |
| McColly | Richard |
| McCormick | Devin |
| McCormick | Thomas |
| McCullough | John |
| McCune | Patrick |
| McDaniel | Jason |
| McDonald | Mary |
| McDonald | Michael |
| McDonald | Melvin |
| McFadden | Jennie |
| McFarland | Dexter |
| McGhee | Cedric |
| McGregor | Arnold |
| McIntier | Ennis |
| McKnight | Larry |
| McLucas | Brian |
| McPherson | Dylan |
| Meadows | Eric |
| Medina | Daniel |
| Mejia | Melissa |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Melendez | Miguel |
| Melendez | DeKeshia |
| Melendez | Herlindo |
| Melton | James |
| Mendez | Mario |
| Merrill | Jeffrey |
| Miesesm | Eduardo |
| Mikusa | Paul |
| Miles | Danielle |
| Miles | Jeffrey |
| Miles | Ural |
| Miller | Brittany |
| Miller | Herbert |
| Miller | Linda |
| Miller | Morgan |
| Miller | Karen |
| Miller | Matthew |
| Mills | Ronnie |
| Mimbs | Kevin |
| Mink | Jeffrey |
| Mink | Justin |
| Mitchell | Jimmy |
| Mitchell | Stephen |
| Mitchelle | Lamone |
| Mobley | William |
| Moffett | Antonio |
| Money | Clarence |
| Monroe | Brett |
| Montez | Dametria |
| Montgomery | Kevin |
| Montgomery | Teresa |
| Montoya | Maria |
| Moore | Brian J. |
| Moore | Brian C. |
| Moore | Anndria |
| Moppins | Larry |
| Morales | Nestor |
| Moronta | Roman |
| Morris | Sheen |
| Morris | Justin |
| Morris | David |
| Morris | Richard |
| Morris | Ruth |
| Moungle | Melvin |
| Moxely | Shannon |
| Mumper | Jennifer |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Munoz | Hector |
| Munoz | Jose |
| Murdaugh | Maurice |
| Murray | Tawney |
| Murrell | Charles |
| Mussio | Gregory |
| Myers | James |
| Naveau | Andrew |
| Naves | Jason |
| Neal | Camaron |
| Neese | David |
| Nelinger | Gus |
| Netters | Gerald |
| Neubert | Theodore |
| Niblick | Joyce |
| Nichols | Gary |
| Nichols | Michael |
| Nichols | Corey |
| Nicholson | Dexter |
| Niegos | Daniel |
| Nieto | Daniel |
| Nieves | Isadora |
| Nix | Brandon |
| Nixon | Jovan |
| Nobles | Dana |
| Northcutt | Amber |
| Obed | James |
| Ochoa | Maria |
| Oden | Samantha |
| Oden | Joshua |
| ODonnell | Robert |
| Ogunjobi | Stephen |
| Oleary | James |
| O'Neal | Desun |
| Ortega | Yulisa |
| Ortiz | Clara |
| Ortiz | Juan |
| Ospina | Alexandra |
| Ovalle | Christian |
| Overdorff | Brian |
| Overton | Ronald |
| Owens | Amanda |
| Owens | Jamile |
| Owens | Morris |
| Owensby | Stephen |
| Padilla | Brian |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|------------|
| Page | Douglas |
| Page | Sharvonte |
| Panther | Gerald |
| Pantoja | Enrique |
| Pappillion | Rico |
| Parham | Calvin |
| Parker | Kelly |
| Parker | Ronald |
| Parkinson | Reese |
| Parnell | Billy |
| Parreno | Ithalo |
| Patrick | Lana |
| Patrick | Gary |
| Patridge | Brandon |
| Patterson | Ashton |
| Payne | Clinton |
| Payne | Johnny |
| Payne | Lakhesa |
| Pazo | Tomas |
| Peake | Denise |
| Pearce | David |
| Pena | Jessica |
| Perez | Miguel |
| Perez | Victor |
| Perez | Rodrigo |
| Perez | Abraham |
| Perillo | Antonio |
| Peterson | Michael |
| Pevahouse | Craig |
| Phillips | Jason |
| Phillips | Raymond |
| Phillips | Delando |
| Phillips | Timmy |
| Phillips | George |
| Phillips | Mark |
| Philyaw | Tracy |
| Pickle | Joseph |
| Pitta | Jacqueline |
| Pittman | Elizabeth |
| Plascencia | Irma |
| Pleas | James |
| Plunkett | John |
| Poling | Ronald |
| Pompa | Jovanis |
| Pone | Channing |
| Pope | Anita |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Popham | Travis |
| Poppelreiter | Jared |
| Porter | Earlie |
| Porter | Anthony |
| Powell | Steven |
| Powell | Nelson |
| Prasad | Virendra |
| Pratt | Bobby |
| Prescott | Steven |
| Pressley | Stacey |
| Preston | Michael |
| Price | Thomas |
| Price | Jerry |
| Prichard | Dayton |
| Provost | Marcus |
| Puello | Osvaldo |
| Puente | Daniel |
| Puga | Eder |
| Quinn | Jonas |
| Ramirez | Paul |
| Ramirez | Hugo |
| Ramsey | Eric |
| Ramsey | Earnest |
| Rawers | Gregory |
| Rawes | Robert |
| Reagan | Jordan |
| Reed | Angela |
| Reed | Tamarcus |
| Reep | William |
| Reeves | Jeremy |
| Reguero | Richard |
| Reid | Cedrick |
| Rendon | Rigo |
| Residi | Ajdin |
| Reyes | Albert |
| Reyes | Gabriel |
| Reynolds | Floyd |
| Rhodes | Christopher |
| Rice | Channing |
| Richard | Desiree |
| Richardson | Jon |
| Richardson | Allen |
| Richie | Liament |
| Rios | Rogelio |
| Rister | Brien |
| Rivera | Abraham |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Rivera | Heather |
| Rivera | Christopher |
| Rivera | Christopher A. |
| Rivera | Edwin |
| Roberson | Kent |
| Roberts | Jimmy |
| Robinson | Kevin |
| Robinson | Michael |
| Robinson | Paul |
| Robinson | Eddie |
| Robinson | Bradley |
| Robles | Israel |
| Rockmore | Cordell |
| Roderick | Joe |
| Rodgers | Joe |
| Rodriguez | Teofilo |
| Rodriguez | Edwin |
| Rogers | Nicolette |
| Rohde | Jayson |
| Roland | Elum |
| Root | Charlie |
| Rosales | Carlos |
| Rosales | Florentin |
| Rose | Anthony |
| Roseman | Daniel |
| Rosen | Jason |
| Rosenblatt | Wayne |
| Rosichan | Adam |
| Ross | Andrea |
| Rothwell | Rudy |
| Routt | Michael |
| Royal | Raynesha |
| Rozzelle | Pierre |
| Rubin | Barry |
| Ruff | Laura |
| Ruffing | Tobby |
| Rushing | Tony |
| Rutch | Alaxander |
| Ryan | Mark |
| Rymer | Reuben |
| Salcedo | Nancy |
| Saldana | Alberto |
| Sampson | James |
| Sams | Timothy |
| Sanchez | Leonardo |
| Sandage | Michael |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
| --- | --- |
| Sanders | Brion |
| Sanders | Curtis |
| Sandles | Clifton |
| Sangals | Janzen |
| Santana | Richard |
| Santiago | Eric |
| Saunders | Chris |
| Saxby | Mark |
| Scanlan | Jeanine |
| Scott | Vernon |
| Scott | Jason |
| Scott | Maresa |
| Scott | Jesse |
| Scully | Charles |
| Scurry | Michael |
| Sea | Kareem |
| Serrano | Richard |
| Sessions | Jackie |
| Sexton | Harold |
| Shankman | Brian |
| Shapiro | Larry |
| Sheilds | Philip |
| Shekitka | Steven |
| Shell | Anthony |
| Shinnie | Aaron |
| Shockey | Crystal |
| Shorter | Jeremy |
| Shufford | James |
| Shuler | Willie |
| Shultz | Christopher |
| Silva | Robert |
| Simmons | Jermol |
| Simmons | Mark |
| Simpson | Rickey |
| Simpson | Marvin |
| Sims | Tina |
| Sinclair | Devona |
| Singletary | Issac |
| Singleton | Louisetta |
| Skermont | Zachary |
| Skidmore | Douglas |
| Sloan | Robert |
| Small | Ricky |
| Smith | Jason |
| Smith | Mary |
| Smith | Theodore |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|------------|
| Smith | Timothy |
| Smith | Troy |
| Smith | Carl |
| Smith | Matthew |
| Smith | Bacardi |
| Smith | Bennie |
| Smith | Hubert |
| Smith | Jacob |
| Smith | Desmond |
| Smith | Kenneth |
| Smith | Willeen |
| Smith | Geralo |
| Smith | Jackson |
| Smith | Kevina |
| Smith | Marcus |
| Smith | Michael |
| Smith | Bret |
| Smith | Dillon |
| Smith | Mitchel |
| Smith | Brandon |
| Solem | Aleisha |
| Solis | Amy |
| Solone | Alvin |
| Sonnier | Keisha |
| Sonpon | Alex |
| Southerland | Timmy |
| Sowards | Mickey |
| Spain | Chelsea |
| Speeks | Danny |
| Spencer | James |
| Stahl | Allen |
| Stark | Fred |
| Starks | Herman |
| Staropoli | Anthony |
| Staton | Zachary |
| Steffy | Austin |
| Steinike | Ronald |
| Stephens | Steven |
| Stevens | Scott |
| Stevenson | Todd |
| Stier | Justin |
| Stiles | Frankie |
| Stover | Bryan |
| Stover | Cory |
| Stracener | Carey |
| Strachan | Timothy |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Strahan | Kevin |
| Stroll | Stephen |
| Strong | Shane |
| Strother | James |
| Stroud | John |
| Stuart | Cortez |
| Suarez | Edwin |
| Suell | Layshon |
| Summers | David |
| Sumrall | Ryan |
| Sutkay | Mark |
| Sutton | Patrick |
| Swagerty | Patrick |
| Swaney | Brandon |
| Sweeney | Nicole |
| Sweeper | Tariq |
| Swick | Alex |
| Swift | Jonathan |
| Swonke | Megan |
| Tabaka | Michael |
| Talavera | Elisa |
| Talley | Nathan |
| Talley | Channon |
| Tanner | Peter |
| Tapia | Armando |
| Taylor | Anjuan |
| Taylor | Rudolph |
| Taylor | James |
| Taylor | Sheena |
| Teamer | Edward |
| Terry | John |
| Texeira | Christopher |
| Thomas | Dwayln |
| Thomas | Samuel |
| Thomas | Mitchell |
| Thomas | Jeffrey |
| Thomas | Douglas |
| Thomas | Steven |
| Thompson | Freddie |
| Thompson | Audrey |
| Thompson | Christopher |
| Thompson | Derrik |
| Thornton | Johnny |
| Thornton | Wallace |
| Thrasher | Justin |
| Tibbetts | Justin |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|-----------|
| Tiburico | Bartolo |
| Tinson | Garland |
| Tisdale | Raynard |
| Todd | John |
| Toneff | Amy |
| Torres | Luis |
| Tovar | Erin |
| Tracy | Michael |
| Traylor | Troy |
| Trejo | Ruben |
| Tribble | Forrest |
| Trieble | Christopher |
| Trimble | Mark |
| Trimm | Jeffrey |
| Triplett | Derrick |
| Trombley | John |
| Trout | Robert |
| Tuner | Marquis |
| Turner | Mark |
| Turner | Travis |
| Tuszynski | Blake |
| Tyler | Rashod |
| Ulrich | Alexandria |
| Underwood | Jason |
| Underwood | Nicholas |
| Usera | Marisa |
| Vakhovsky | Konstantin |
| Valadez | Javier |
| Valdez | Orlando |
| Valdez | James |
| Valencia | Zoya |
| Valentine | Duane |
| Valera | Daniel |
| Valliar | Joseph |
| Vanderlick | Jeffrey |
| Velasquez | Carlos |
| Velazquez | William |
| Velazquez | Uzziel |
| Vickers | Christopher |
| Viel | Donald |
| Vigil | Bernard |
| Villalva | Jeffrey |
| Vines | Glenn |
| Vinson | Michael |
| Voltaire | Rodney |
| Wade | Jason |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|---|---|
| Walker | William |
| Walker | David |
| Walker | Antwan |
| Walker | Melvin |
| Wallace | Jonathan |
| Walsh | Tami |
| Walther | James |
| Walton | Jeremy |
| Warakomski | Kurt |
| Ware | Joshua |
| Warwick | Nicolaus |
| Washington | Bonnitta |
| Watkins | Heather |
| Watkins | Marlena |
| Watkins | William |
| Watkins | Justin |
| Watson | Chadwich |
| Watson | Michael |
| Watts | Phillip |
| Wear | William |
| Weatherspoon | Miles |
| Weaver | James |
| Webb | Steven |
| Webb | Andryan |
| Weimer | Ronald |
| Weist | Clifton |
| Welch | Steve |
| Welch | Edward |
| Welcome | Donovan |
| Wells | Danny |
| Wharton | Charles |
| Wheeler | Shelli |
| White | Justin |
| White | Joshua |
| Whitehead | Anthony |
| Whitehead | Antoine |
| Whitfield | Reginald |
| Whitfield | Augustus |
| Whittaker | Daniel |
| Whorley | James |
| Wichelhaus | Paul |
| Widelski | Stephen |
| Wigfield | Willard |
| Wiggins | Billy |
| Wiggins | Elijah |
| Wiggins | Brent |

**Opt-Ins Subject to Partial Decertification Motion**

| Last Name | First Name |
|-----------|-----------|
| Wilcox | William |
| Willard | Chris |
| Williams | Kenneth |
| Williams | Joshua |
| Williams | Antonio |
| Williams | Gregory |
| Williams | Paul |
| Williams | Reginald |
| Williams | Bakari |
| Williams | Jacob |
| Williams | Michael |
| Williams | Bijon |
| Williams | David |
| Williams | Kerarri |
| Williams | Simone |
| Williams | Taurean |
| Williams | Keith |
| Williams | Devin |
| Williams | John |
| Williamson | Hugh |
| Willis | Janet |
| Wilmont | Roger |
| Wilson | Brian |
| Wilson | Dexter |
| Winans | Michael |
| Winchester | Shane |
| Wise | Monica |
| Wise | Morgan |
| Witt | David |
| Wolff | Ashley |
| Wood | Jennifer |
| Woodard | Stacy |
| Wooten | Rodney |
| Wright | Anthony |
| Wuesthoff | David |
| Yap | Loong |
| Yearby | Edric |
| Yebra | Avigail |
| Yielding | James |
| Young | Angela |
| Young | Denise |
| Yudice | Miguel |
| Zanol | Robert |
| Zeeff | Mark |
| Zeigler | Eric |
| Zeliznii | Artur |

**RELEASE AND COVENANT NOT TO SUE**

I acknowledge that I was an opt-in to the lawsuit pending in the U.S. District Court for the Northern District of Georgia styled *Jewell v. Aaron's, Inc.*, Case No. 1:12-cv-00563-AT (the "Lawsuit"). I further acknowledge that I understand that the Court partially decertified the Lawsuit, approved a settlement agreement between the parties to the Lawsuit, and dismissed, with prejudice, the claims brought on my behalf in the Lawsuit.

By signing and returning this form, I agree to accept a share of the settlement proceeds in exchange for the release of any claims or rights I may have against Aaron's, Inc. (including each of its predecessors; successors; all former, current, and future related companies, divisions, subsidiaries, affiliates, and parents; and collectively, its former, current, and future directors, officers, members, employees, agents, and representatives) (collectively "Aaron's) in connection with the Lawsuit. Specifically, I hereby release any and all applicable federal and state wage-and-hour claims, rights, demands, liabilities and causes of action of every nature and description, including but not limited to unpaid wages, unpaid overtime compensation, liquidated damages, interest, and attorneys' fees and expenses, whether known or unknown, up to and including the date of this release. This includes all claims under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, and any applicable state laws (*e.g.*, claims under any state statute, regulation, or for breach of contract and/or quantum meruit).

I further agree not to sue Aaron's in any forum for any claim covered by this Release and Covenant Not To Sue. I understand that a "covenant not to sue" is a legal term, which means that a party promises not to file a lawsuit against another in court. It is different than the release in the above paragraph. If I violate this covenant not to sue, and sue Aaron's for claims covered in the above paragraph, I will be liable to Aaron's for their reasonable attorneys' fees and other litigation costs incurred in defending against such a lawsuit. I understand that this covenant not to sue shall not apply if I sue to enforce the terms of this release.

I also agree to waive my right to participate in any class or collective action against Aaron's as to the claims discussed in this Release and Covenant Not To Sue.

**I understand that my Actual Settlement Payment will be ___, less federal and state tax withholdings and deductions required by law if I return this form by _____ [75 days after mailing of notice]. My Actual Settlement Payment will be mailed to me within approximately thirty (30) calendar days of me returning this form to the address below. If I fail to timely submit the form by _____, my funds will revert to Aaron's pursuant to the Master Settlement Agreement.**

I hereby consent to the release of any and all claims that were or could have been raised in the Lawsuit by and through the Representative Plaintiff and/or my above-approved legal counsel. I hereby designate counsel for the Representative Plaintiff to execute all appropriate documents to effectuate my payment and the settlement of the Lawsuit.

**I have carefully read and fully understand all items in this agreement and am voluntarily signing it.** I understand that if I have any questions, I know I have the right to discuss this agreement with Plaintiff's Counsel or my own private attorney. I also understand that any issues relating to this agreement will be addressed under the laws of the State of Georgia.

**PLEASE READ AND CONSIDER THIS AGREEMENT CAREFULLY BEFORE EXECUTING THIS AGREEMENT. THIS AGREEMENT INCLUDES A RELEASE OF ALL WAGE AND HOUR CLAIMS PRIOR TO THE DATE OF THE RELEASE.**

<<NAME>>          <<NUMBER>>               **Name/Address Corrections:**

<<ADDRESS 1>>                        _____

**Exhibit 2**

**<<ADDRESS 2>>**

_____

_____     _____
**Signature**                                 **Phone Number**

_____     _____
**Date**                                      **Email Address**


**FAX** to:      _____
**E-MAIL** to:   _____; or
**MAIL** to:     **Aaron's Settlement**
                 **c/o Settlement Administrator**
                 **address**            **On or before _____ [4 months**
                 **address**            **after mailing of notice]**

Month Day, Year

*Sent via First-Class Mail*

[First Name Last Name
Address
City, State Zip]

      Re:    *Kurtis Jewell v. Aaron's, Inc.*
                U.S. District Court, Northern District of Georgia, Case No. 1:12-cv-563-AT

Dear [First Name Last Name]:

      A settlement has been reached in the above-titled collective active action, and you may obtain a settlement payment by signing and returning the enclosed form. Plaintiff Kurtis Jewell filed the case on October 27, 2011, alleging that Aaron's Inc. denied overtime pay to associates who performed work during their unpaid meal breaks. Aaron's denied and continues to deny Mr. Jewell's allegations. To avoid the uncertainty and cost of continued litigation the Parties reached a settlement of the case in October 2014, and on [Month Day, Year], the Court approved the settlement as fair and reasonable.

      To join this settlement and obtain a settlement payment, you must sign and return the enclosed Release and Covenant Not to Sue ("Release"). The amount of your settlement payment is [$Amount]. That amount represents compensation for approximately 2.5 meal periods per week, calculated at your average overtime rate of pay, for each week you worked at Aaron's during the three-year statute of limitations period.

      **No later than Month Day, Year, you must sign and return the enclosed Release to the settlement administrator, Kurtzman Carson Consultants ("KCC"), at P.O. Box 6177, Novato, CA 94948. KCC will then mail your settlement payment to you within approximately 30 days after receiving the Release.**

      By signing and returning the Release, you agree to release all wage and hour claims against Aaron's. A copy of the Master Settlement and Complete Waiver/Release Agreement can be viewed at: [insert KCC website and log-in here]. You can also review the Court's docket at: [insert website here]

      Half of your settlement payment will be treated as W-2 wages, from which applicable federal, state and local taxes will be withheld. The other half will be treated as payment for liquidated damages, and reported on a 1099 to the applicable taxing authorities. You should seek the advice of a tax attorney or accountant with respect to the taxability of your settlement payment.

      **If you have a new address, please contact Cohen, Rosenthal & Kramer, The Lazzaro Law Firm or KCC immediately. If you have any other questions regarding the settlement or its terms, you may contact either Cohen, Rosenthal & Kramer or The Lazzaro Law Firm. The contact information for each firm is as follows:**

| COHEN ROSENTHAL & KRAMER LLP | THE LAZZARO LAW FIRM, LLC | KURTZMAN CARSON CONSULTANTS |
|---|---|---|
| The Hoyt Block Building - Suite 400 | 920 Rockefeller Building | P.O. Box 6177 |
| 700 West St. Clair Avenue | 614 W. Superior Avenue | Novato, CA 94948 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 | Telephone: |
| Telephone: (216) 781-7956 | Telephone: (216) 696-5000 | Facsimile: |
| Facsimile: (216) 781-8061 | Facsimile: (216) 696-7005 | Email: |
| Email: | Email: | |

**Exhibit 3**

Month Day, Year

*Sent via First-Class Mail*

[First Name Last Name
Address
City, State Zip]

      Re:    *Kurtis Jewell v. Aaron's, Inc.*
               U.S. District Court, Northern District of Georgia, Case No. 1:12-cv-563-AT

Dear [First Name Last Name]:

      A settlement has been reached in the above-titled collective active action, and you may obtain a settlement payment by signing and returning the enclosed form.  Plaintiff Kurtis Jewell filed the case on October 27, 2011, alleging that Aaron's Inc. denied overtime pay to associates who performed work during their unpaid meal breaks.  Aaron's denied and continues to deny Mr. Jewell's allegations.  To avoid the uncertainty and cost of continued litigation the Parties reached a settlement of the case in October 2014, and on [Month Day, Year], the Court approved the settlement as fair and reasonable.

      To join this settlement and obtain a settlement payment, you must sign and return the enclosed Release and Covenant Not to Sue ("Release").  The amount of your settlement payment is [$Amount].  That amount represents compensation for assisting with the litigation of the case by participating in written and/or oral discovery.

      **No later than Month Day, Year, you must sign and return the enclosed Release to the settlement administrator, Kurtzman Carson Consultants ("KCC"), at P.O. Box 6177, Novato, CA 94948.  KCC will then mail your settlement payment to you within approximately 30 days after receiving the Release.**

      By signing and returning the Release, you agree to release all wage and hour claims against Aaron's.   A copy of the Master Settlement and Complete Waiver/Release Agreement can be viewed at: [insert KCC website and log-in here].  You can also review the Court's docket at: [insert website here]

      Half of your settlement payment will be treated as W-2 wages, from which applicable federal, state and local taxes will be withheld.  The other half will be treated as payment for liquidated damages, and reported on a 1099 to the applicable taxing authorities.  You should seek the advice of a tax attorney or accountant with respect to the taxability of your settlement payment.

      **If you have a new address, please contact Cohen, Rosenthal & Kramer, The Lazzaro Law Firm or KCC immediately.  If you have any other questions regarding the settlement or its terms, you may contact either Cohen, Rosenthal & Kramer or The Lazzaro Law Firm.  The contact information for each firm is as follows:**

| COHEN ROSENTHAL & KRAMER LLP | THE LAZZARO LAW FIRM, LLC | KURTZMAN CARSON CONSULTANTS |
|---|---|---|
| The Hoyt Block Building - Suite 400 | 920 Rockefeller Building | P.O. Box 6177 |
| 700 West St. Clair Avenue | 614 W. Superior Avenue | Novato, CA 94948 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 | Telephone: |
| Telephone: (216) 781-7956 | Telephone: (216) 696-5000 | Facsimile: |
| Facsimile: (216) 781-8061 | Facsimile: (216) 696-7005 | Email: |
| Email: | Email: | |

Month Day, Year

**Sent via First-Class Mail**

[First Name Last Name
Address
City, State Zip]

   Re: *Kurtis Jewell v. Aaron's, Inc.*
     U.S. District Court, Northern District of Georgia, Case No. 1:12-cv-563-AT

Dear [First Name Last Name]:

   A settlement has been reached in the above-titled collective active action, and you may obtain a settlement payment by signing and returning the enclosed form.  Plaintiff Kurtis Jewell filed the case on October 27, 2011, alleging that Aaron's Inc. denied overtime pay to associates who performed work during their unpaid meal breaks.  Aaron's denied and continues to deny Mr. Jewell's allegations.  To avoid the uncertainty and cost of continued litigation the Parties reached a settlement of the case in October 2014, and on [Month Day, Year], the Court approved the settlement as fair and reasonable.

   To join this settlement and obtain a settlement payment, you must sign and return the enclosed Release and Covenant Not to Sue ("Release").  The amount of your settlement payment is [$Amount].  That amount represents **[**$Amount] in compensation for approximately 2.5 meal periods per week, calculated at your average overtime rate of pay, for each week you worked at Aaron's during the three-year statute of limitations period.  The remainder - [$Amount] - represents compensation for assisting with the litigation of the case by participating in written and/or oral discovery.

   **No later than Month Day, Year, you must sign and return the enclosed Release to the settlement administrator, Kurtzman Carson Consultants ("KCC"), at P.O. Box 6177, Novato, CA 94948.  KCC will then mail your settlement payment to you within approximately 30 days after receiving the Release.**

   By signing and returning the Release, you agree to release all wage and hour claims against Aaron's.   A copy of the Master Settlement and Complete Waiver/Release Agreement can be viewed at: [insert KCC website and log-in here].  You can also review the Court's docket at: [insert website here]

   Half of your settlement payment will be treated as W-2 wages, from which applicable federal, state and local taxes will be withheld.  The other half will be treated as payment for liquidated damages, and reported on a 1099 to the applicable taxing authorities.  You should seek the advice of a tax attorney or accountant with respect to the taxability of your settlement payment.

   **If you have a new address, please contact Cohen, Rosenthal & Kramer, The Lazzaro Law Firm or KCC immediately.  If you have any other questions regarding the settlement or its terms, you may contact either Cohen, Rosenthal & Kramer or The Lazzaro Law Firm.  The contact information for each firm is as follows:**

| COHEN ROSENTHAL & KRAMER LLP | THE LAZZARO LAW FIRM, LLC | KURTZMAN CARSON CONSULTANTS |
|---|---|---|
| The Hoyt Block Building - Suite 400 | 920 Rockefeller Building | P.O. Box 6177 |
| 700 West St. Clair Avenue | 614 W. Superior Avenue | Novato, CA 94948 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 | Telephone: |
| Telephone: (216) 781-7956 | Telephone: (216) 696-5000 | Facsimile: |
| Facsimile: (216) 781-8061 | Facsimile: (216) 696-7005 | Email: |
| Email: | Email: | |

<u>**DATE**</u>

<u>**NOTICE OF PARTIAL DECERTIFICATION OF LAWSUIT**</u>

TO:        Certain persons who joined the case of *Jewell v. Aaron's, Inc.* as Opt-In Plaintiffs by Submitting Consent Forms

FROM:      Judge Amy Totenberg, U.S. District Court for the Northern District of Georgia

This Notice informs you that the Court has partially decertified the case of *Jewell v. Aaron's, Inc.*  Many of the Opt-In Plaintiffs, including you, have been dismissed from the case without prejudice, but have the right to file individual claims against the Defendant.

**1. <u>THE LAWSUIT</u>**
On October 27, 2011, Plaintiff Kurtis Jewell filed a collective action Complaint against Aaron's, Inc. ("Aaron's"), alleging that Aaron's failed to pay him and other similarly situated employees overtime pay for meal periods during which they performed work, in violation of the Fair Labor Standards Act (the "Jewell Action").  Aaron's denied Plaintiff's allegations and asserted that he and the putative class members were not entitled to damages or any other form of relief.

**2. <u>CASE DEVELOPMENT AND THE FEDERAL OVERTIME LAWS</u>**
On June 28, 2012, the United States District Court for the Northern District of Georgia (the "Court"), conditionally certified a class of hourly, non-exempt account managers, manager trainees, sales managers, customer service representatives, and product technicians.  For a period of a year after the notice was issued, the parties collected and exchanged an extensive amount of evidence.  The parties took dozens of depositions throughout the country, served and responded to scores of written discovery requests and responses, and exchanged thousands of pages of documents and vast amounts of data.  Specifically, Defendant deposed 34 Opt-In Plaintiffs and the Named Plaintiff.  Plaintiff took the depositions of several corporate representatives, and both parties exchanged a variety of written discovery.  Through this discovery, the Parties exhaustively examined Plaintiff's claims and Defendant's defenses in this lawsuit. The Court did not address the merits of any state law claims.

After most of the discovery was completed, the parties determined that there was a likelihood that the Court would determine that many of Aaron's employees would be exempt from the overtime provisions of the Fair Labor Standards Act, pursuant to 29 U.S.C. Section 213(b)(1), known as the Motor Carrier Act Exemption ("MCA").  Under the MCA, employees are exempt from federal minimum wage and overtime laws if their job duties involve any of the following types of work: (a) transporting goods between states; (b) transporting goods that have traveled between states before they reach their final destination; or (c) affecting the safety of a vehicle of more than 10,000 pounds that travels between states, i.e., safely loading or unloading a truck.  (DOL Fact Sheet #19).  In other words, many of Aaron's employees may not be covered by federal overtime laws.  Certain employees who are likely covered by the federal overtime laws, including Aaron's customer service representatives, and Plaintiffs who served as discovery representatives, are eligible to participate in a partial settlement of the case.

**3. <u>DECERTIFICATION OF THE CASE</u>**
As a result, on _____, the Court entered an Order that decertified the conditionally certified class in the Jewell Action.  The District Court's Order approved the parties' Joint Motion, which was filed on _____.  The Joint Motion asserted that, based on the evidence, many of Aaron's employees would likely be exempt under the MCA.  Accordingly, this case will not proceed as a collective action as to Plaintiff's and your overtime claim.

**Exhibit 4**

**4.  WHY DID I GET THIS NOTICE**

You have received this Notice because you opted into this case pursuant to a Notice of Right to Opt in, which you received in August of 2012.  Since that time, you have been an "Opt-In Plaintiff" in the Jewell Action.

**YOU MUST CONSULT NEW COUNSEL TO RE-FILE YOUR CLAIMS**

**5.  MY OPTIONS**

Because the District Court has decertified the conditionally certified class and dismissed the Jewell Action, this case has been terminated and Plaintiff's counsel (Cohen Rosenthal & Kramer LLP, The Lazzaro Law Firm, LLC, Thomas A. Downie, and Andrews & Stembridge, LLC) no longer represent you with regard to this claim.   Your claims are dismissed from the lawsuit without prejudice.   You may still pursue an individual claim against Aaron's with respect to an alleged failure to pay overtime, and you have the right to consult with an attorney if you wish to do so.   Please be aware that there are statutes of limitations applicable to these claims, and you should consult your own new counsel regarding the filing deadline for your claims right away.  **If you file an individual FLSA lawsuit on your own behalf within 75 days of the mailing of this notice, this Court's partial decertification order will "toll" (or suspend) the statute of limitations on your claim between the filing of your consent form in the Jewell Action and the date on which you file your individual FLSA action.  Plaintiff's counsel is not monitoring any statutes of limitations that may apply to you.**

**If you have any questions, you may contact Plaintiff's counsel Cohen Rosenthal & Kramer LLP at 216-781-7956 or The Lazzaro Law Firm, LLC at 216-696-5000.**

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE**